EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Yarimar Soto Rivera | 2016 TSPR 251<br><br>196 DPR ____ |
| --- | --- |

Número del Caso: TS-16,532

Fecha: 29 de diciembre de 2016

Oficina de Inspección de Notarías:

      Lcdo. Manuel Avila de Jesús
      Director

Materia: La suspensión de la notaría será efectiva el 23 de enero de 2017 fecha en que se le notificó a la abogada de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Yarimar Soto Rivera

TS-16,532

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de diciembre de 2016.

El 16 de noviembre de 2015 emitimos una Resolución mediante la cual le ordenamos a la Lcda. Yarimar Soto Rivera que mostrara causa por la cual no debía ser suspendida del ejercicio de la abogacía y de la notaría en vista de ciertos incumplimientos con sus deberes como notaria. Así también, ordenamos la incautación preventiva de su obra protocolar y sello notarial. La Oficina de Alguaciles del Tribunal Supremo le notificó personalmente a la abogada dicha Resolución el 3 de diciembre de 2015. El 17 de diciembre de 2015 la licenciada Soto Rivera compareció y presentó un escrito explicando que su incumplimiento se debió a percances de salud. Así las cosas, el 29 de diciembre de 2015 el Director de la ODIN presentó el Informe sobre estado de la obra incautada. En consecuencia, el 29 de abril de 2016 le concedimos a la licenciada un término final e improrrogable de 30 días para que subsanara las deficiencias señaladas por la ODIN y le apercibimos que su incumplimiento podría conllevar sanciones disciplinarias. El 8 de junio de 2016 compareció nuevamente el Director de la ODIN e informó que la letrada no dio cumplimiento a la orden aludida.

Examinada la *Moción reiterando incumplimiento de orden y otros remedios* presentada por el Director de la Oficina de Inspección de Notarías (ODIN) y ante el incumplimiento de la Lcda. Yarimar Soto Rivera con las órdenes de este Tribunal, se le suspende inmediata e indefinidamente del ejercicio de la notaría. Se le ordena además, que en un término final e improrrogable de treinta (30) días a partir de la notificación de esta Resolución, muestre causa por la cual no debamos suspenderla del ejercicio de la abogacía. Le advertimos que el incumplimiento con esta orden puede acarrear la imposición de sanciones disciplinarias severas, incluyendo la suspensión inmediata e indefinida del ejercicio de la profesión.

Notifíquese personalmente. Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo